

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00219-CV

Emily **YOUNG** and Albert Morrison,
Appellants

v.

Eldon **ROALSON**, Roalson Interests, Inc.; Douglas Miller II; and Jim Guy Egbert,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 17-09-24412-CV
Honorable Daniel J. Kindred, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
             Liza A. Rodriguez, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: August 25, 2021

DISMISSED

On August 13, 2021, appellants filed a voluntary motion to dismiss this appeal. The motion contains a certificate of service to appellees, who have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We tax the costs of this appeal against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM